IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH VICKERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0492-O |
| | § | |
| UNITED BILT HOMES, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The court has granted Defendant's Motion for Summary Judgment, dismissing all of Plaintiff's claims. All issues having been resolved, Plaintiff's Petition is dismissed with prejudice.

Singed this 3rd day of January, 2012.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE